ORIGINAL

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| WALTER HARVEY THOMAS (1) | ) | Case No. |
| LEE ARTHUR LEWIS (2) | ) | 4:13MJ 294 |
| MARTY MERREL BRACEY (3) | ) | — Sealed — |
| | ) | |
| *Defendant(s)* | ) | |

19

*By DAVID J. MALAND, CLERK*
*DEPUTY*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2013 to the present__ in the county of __Harrison__ in the
__Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy with the intent to manufacture and distribute 5 kilograms or more of a mixture containing a detectable amount of cocaine |

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent Justin Marshall HSI

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Justin Marshall HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/19/2013__

_____
*Judge's signature*

City and state: __Plano, Texas__

Honorable Don D. Bush, Magistrate Judge
*Printed name and title*